DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Fogg<br><br>Case below:<br>159 N.C. App. 467 | No. 510P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1421) | Denied |
| State v. Harper<br><br>Case below:<br>160 N.C. App. 595 | No. 585P03 | 1.  Def's NOA Based Upon a Constitutional Question (COA02-1573)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31<br><br>3.  AG's Motion to Dismiss | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Hudson<br><br>Case below:<br>160 N.C. App. 251 | No. 536P03 | Def's PWC to Review the Decision of the COA (COA02-1214) | Denied |
| State v. Jones<br><br>Case below:<br>161 N.C. App. 60 | No. 591PA03 | 1.  AG's Motion for Temporary Stay (COA02-1404)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's Petition for Discretionary Review Under N.C.G.S. §7A-31 | 1. Allowed<br>**11/13/03**<br><br>2. Allowed<br>**11/24/03**<br><br>3. Allowed<br>**11/24/03** |
| State v. Keel<br><br>Case below:<br>Edgecomb County<br>Superior Court | No. 134A93-13 | Motion by defendant for Stay of Execution | Denied |
| State v. Lassiter<br><br>Case below:<br>160 N.C. App. 443 | No. 580P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1279) | Denied |
| State v. Loza-Rivera<br><br>Case below:<br>159 N.C. App. 468 | No. 439P03 | 1.  AG's Motion for Temporary Stay (COA02-951)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. **Stay Dissolved 12/04/03**<br><br>2. Denied<br><br>3. Denied |
| State v. Marcoplos<br><br>Case below:<br>159 N.C. App. 707 | No. 048A03-2 | 1.  Defs' NOA Based Upon a Constitutional Question (COA01-1518-2)<br><br>2.  AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed |